IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00267-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EVAN CURTIS MORALES,<br><br>    Defendant. | ORDER |

This matter comes before the court on a letter from the Federal Bureau of Prisons [DE 41]. Therein, it advised that a competency restoration evaluation for Defendant would be completed and filed by October 13, 2025. *Id.* That date has passed, and this court has not received an evaluation. Accordingly, the parties are ORDERED to file a joint status report on or before November 7, 2025, advising the court as to when the evaluation is expected to be filed.

The Clerk shall forward a copy of this order by email to the Federal Bureau of Prisons at the following address: s1burroughs@bop.gov.

SO ORDERED this 30th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE