IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00267-M-RN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVAN CURTIS MORALES,

    Defendant.

ORDER

    This matter comes before the court on the forensic evaluation filed by Dr. Kristen McDaniel on June 24, 2026 [DE 56]. Therein, Dr. McDaniel opines that Defendant is competent to proceed in this case. *Id.* at 15. At the July 7, 2026, arraignment hearing, counsel for the United States and Defendant both concurred with Dr. McDaniel's opinion, and the court orally found that Defendant was competent to enter a guilty plea. The court enters this order to document that finding. Based on the consent of the parties and the reasons described by Dr. McDaniel in her forensic evaluation, the court finds by a preponderance of the evidence that Defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 28 U.S.C. § 4241(d).

SO ORDERED this _____7th_____ day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE